**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CODY KRAWETZKE**                                                           **PLAINTIFF**
**ADC #165962**

**v.**                          **Case No: 4:24-cv-00981-JM**

**LLOYD**                                                                    **DEFENDANT**

**ORDER**

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 8) and the objections filed (Doc. No. 9). After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects.

For the reasons stated herein, it is ordered that:

1.    Krawetzke's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2.    The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 2nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE