# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CODY KRAWETZKE**                                                              **PLAINTIFF**
**ADC #165962**

v.                              Case No: 4:24-cv-00981-JM

**LLOYD**                                                                        **DEFENDANT**

## **JUDGMENT**

Based on the order filed this date, judgment is entered dismissing this case without prejudice. The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C, § 1915(a)(3), that an in forma pauperis appeal from this Judgment or the underlying Order would not be taken in good faith.

DATED this 2nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE